**RECEIVED**
IN LAKE CHARLES, LA

FEB 23 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **KELVIN LOVE** | : | DOCKET NO. 2:06-cv-0097<br>Section P |
| **VS.** | : | **JUDGE TRIMBLE** |
| **UNITED STATES OF AMERICA** | : | **MAGISTRATE JUDGE WILSON** |

## JUDGMENT OF DISMISSAL

Currently before the court is a "Motion to Dismiss" [doc. 4] filed by *pro se* petitioner, Kelvin Love. By this motion, the petitioner requests that he be allowed to withdraw his petition for writ of *habeas corpus* filed pursuant to 28 U.S.C. § 2241.

Having considered this motion, it is

ORDERED that the motion be and it is hereby GRANTED, and the petition for writ of *habeas corpus* is hereby DISMISSED WITHOUT PREJUDICE.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 23rd day of February, 2006.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE